UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No: 8:20-CV-01359-VMC-TGW

GLORIA ITMAIZA individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DFMMJ INVESTMENTS, LLC D/B/A LIBERTY HEALTH SCIENCES,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, Plaintiff Gloria Itmaiza and Defendant DFMMJ Investments, LLC d/b/a Liberty Health Sciences, hereby notify the Court that they have reached an agreement in principle to settle this matter. Counsel for the parties are in the process of finalizing the Settlement Agreement and Stipulated Dismissal and respectfully request that the Court vacate or suspend all pending deadlines in light of the Parties' agreement to settle this matter.

Plaintiff files this Notice of Settlement with the approval and permission of Defendant's counsel, James Toscano, Esq.

Dated: September 15, 2020                    Respectfully submitted,

                                             ***/s/ Aaron M. Ahlzadeh***
                                             Aaron M. Ahlzadeh, Esq.
                                             Florida Bar No. 0111329
                                             aaron@edelsberglaw.com
                                             Scott Edelsberg, Esq.
                                             Florida Bar No. 0100537
                                             scott@edelsberglaw.com
                                             **EDELSBERG LAW, P.A.**
                                             20900 NE 30th Ave., Suite 417

Aventura, FL 33180
Tel: (786) 289-9471
Fax: (786) 623-0915

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis, Esq.
Florida Bar No. 101754
Email: ashamis@shamisgentile.com
Garret O. Berg, Esq.
Email: gberg@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299
Fax: 786-623-0915

*Attorneys for Plaintiff Gloria Itmaiza*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 15, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via CM/ECF, which shall serve copies of same on all parties and/or counsel of record by way of a Notice of Electronic Filing.

Respectfully submitted,

/s/ Aaron M. Ahlzadeh
Aaron M. Ahlzadeh, Esq.
Florida Bar No. 0111329
Email: aaron@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Office: (786) 289-9471
Direct: (786) 289-9589
Fax: (786) 623-0915
*Counsel for Plaintiff*

2