**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GLORIA ITMAIZA, individually and on behalf of all
others similarly situated,

     *Plaintiff*,

vs.

DFMMJ INVESTMENTS, LLC d/b/a LIBERTY
HEALTH SCIENCES, a Florida Limited Liability
Company,

     *Defendant*.

_____/

CLASS ACTION

Case No. 8:20-cv-1359-T-33TGW

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Gloria Itmaiza, and Defendant, DFMMJ Investments, LLC d/b/a Liberty Health Sciences, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), do hereby stipulate to the dismissal of this action as follows:

1.     All claims of the Plaintiff, Gloria Itmaiza, individually, are hereby dismissed with prejudice, with each party to bear their own fees and costs.

2.     All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: November 02, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1ˢᵗ Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299


**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com



*Counsel for Plaintiff and the Class*

By: /s/ James S. Toscano
James S. Toscano, Esq.
Florida Bar No. 0053233
James.toscano@lowndes-law.com
**Lowndes, Drosdick, Doster,**
**Kantor & Reed, P.A.**
215 North Eola Drive
Post Office Box 2809
Orlando, Florida
Telephone: (407) 843-4600
Facsimile: (407) 843-4444

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 02, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:      */s/ Andrew J. Shamis*
         Andrew J. Shamis, Esq.
         Florida Bar # 101754

         *Attorneys for Plaintiff and the Class*